IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUNSON ROBERTS**  **PLAINTIFF**
**ADC #127841**

v.   No: 4:21-cv-00441 LPR-PSH

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (the "PFR") submitted by United States Magistrate Judge Patricia S. Harris (Doc. 20). Although no formal Objection was filed, the Court will treat all the papers filed by Mr. Roberts after the PFR was issued as a collective Objection to the PFR. After a careful and *de novo* review of the PFR, the Objections thereto, and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Roberts' Petition is dismissed without prejudice for failure to state a claim upon which relief may be granted.[1]

2. All pending motions are denied as moot.

3. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

---

[1] As Judge Harris explained, Judge Harris offered Mr. Roberts an opportunity to convert this Petition for a Writ of Mandamus/Writ of Right into a § 1983 Complaint. (Doc. 20 at 3). Mr. Roberts specifically refused and told Judge Harris he wanted a decision on his Petition as he filed it. (*Id.*). Subsequent to Judge Harris's recommendation of dismissal of the Petition, Mr. Roberts appears to have changed tactics and wants to proceed under § 1983. He cannot continue to play these games with the Court. It is too late for such tactics. If he wishes to bring a new § 1983 claim, he may certainly attempt to do so. But he must do so in a new case. The instant case is now closed.

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 22nd day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE