# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRUNSON ROBERTS**                                                                    **PLAINTIFF**
**ADC #127841**

v.                                    No: 4:21-cv-00441 LPR-PSH

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Brunson Roberts' Petition for Writ of Mandamus/Writ of Right is dismissed without prejudice.

IT IS SO ADJUDGED this 22nd day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE